IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CHRISTINE J. BLOOM,           )
individually, etc.,           )
                              )
            Plaintiffs,       )
                              )
     v.                       )      No.  11 C 5536
                              )
PALOS HEIGHTS POLICE DEPARTMENT,)
et al.,                       )
                              )
            Defendant.        )

MEMORANDUM ORDER

Counsel for two of the defendants in this action, Patricia
and Anthony Mamone (collectively "Mamones"), have delivered to
this Court's chambers the required judge's copy of a motion for
Mamones' dismissal, coupled with a notice of the proposed
presentment of that motion on October 3.  But the designation of
that date, though most likely it was chosen because this Court
had earlier scheduled the initial status hearing in the case for
October 3, is in direct violation of this District Court's LR
5.3(b)--and that in turn has been held to bring into play LR 78.2
and the possibility of a sua sponte denial of the motion.

This Court is nonetheless disinclined to inflict the burden
and expense of a complete do-over on Mamones and their counsel.
Instead the motion will be denied (as a procedural matter, not on
the merits) only if counsel fails to supersede the LR-violative
notice with a new notice that conforms to LR 5.3(b).  As the
preceding sentence indicates, this memorandum order expresses no

view as to the substantive viability of the arguments advanced in support of the motion.

_____
Milton I. Shadur
Senior United States District Judge

Date:  September 13, 2011